# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

**U.S.A. vs. Elizabeth Grady**                                                                                  Docket No. 00-00170-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Elizabeth Grady, who was placed on supervision by the Honorable Gustave Diamond sitting in the Court at Pittsburgh, Pennsylvania, on the 13th day of September 2001, who fixed the period of supervision at five years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.
- Shall not use or possess controlled substances except as prescribed by a licensed medical practitioner for a legitimate medical purpose.
- Shall not possess a firearm or destructive device.
- Shall serve a five-month term of community confinement with work release, as arranged by the probation office.
- Shall make periodic payments of at least 10 percent of gross monthly income toward any outstanding balance of the restitution which remains during term of supervised release.
- Shall provide the probation officer with access to any requested financial information.
- Shall not incur new credit charges or open additional lines of credit without prior approval.
- Shall not consume alcohol.
- Shall participate in mental health treatment program as directed.
- Shall pay restitution in the amount of $27,747.70.
- Shall pay a special assessment of $200.

| | |
|---|---|
| 09-13-01: | Use of False Social Security Number (Count 27); Bank Fraud (Count 28); 5 months' imprisonment at each count to run concurrently with 3 years' supervised release at Count 27, and 5 years' supervised release at Count 28, to run concurrently. |
| 03-19-02: | Order signed by Judge Diamond; Conditions modified to include 5 months' home detention with electronic monitoring instead of 5 months in community confinement. |
| 03-22-02: | Released to supervision; Currently supervised by U.S. Probation Officer Wendy Brown. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that the defendant was ordered to pay restitution in the sum of $27,747.70. To date, 37 payments totaling $550 have been applied toward restitution, leaving a balance of $27,197.70. It is respectfully recommended that this case be allowed to close at expiration effective March 21, 2007, with restitution owing. Ms. Grady will be advised that she will remain responsible for this debt even upon the closing of this case, and that continued payment is expected.

U.S.A. vs. Elizabeth Grady
Docket No. 00-00170-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervised release imposed at Criminal No. 00-00170-001 be allowed to expire as scheduled with the restitution due and owing and the case be closed.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this _____ day of _____ , 20 ____ and ordered filed and made a part of the records in the above case. | Executed on February 16, 2007 |
| _____ Senior U.S. District Judge | _____ Wendy Brown U.S. Probation Officer |
|  | _____ Roselyn Gerson Supervising U.S. Probation Officer |
|  | Place: Pittsburgh, PA |